ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2004 JAN 21 PM 4: 21

CLERK C. Reynolds
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | |
|---|---|
| FREDI ADEMAJ, ) | |
| ) | |
| Petitioner, ) | 04 10214 JLT |
| ) | |
| v. ) | CV 304-003 |
| ) | MAGISTRATE JUDGE Vein |
| UNITED STATES OF AMERICA, ) | |
| ) | ATTEST: A TRUE COPY |
| Respondent. ) | Jan. 22, 20 04 |
| | C. Reynolds |
| | Deputy Clerk |

**ORDER**

Petitioner, an inmate currently incarcerated at McRae Correctional Facility in McRae, Georgia, filed the above-captioned case pursuant to 28 U.S.C. § 2241. Upon review of the record, it appears that Petitioner is challenging the judgment of conviction obtained in the United States District Court for the District of Massachusetts. While this Court has jurisdiction over this petition, it is the practice of this Court to transfer an action attacking a conviction to the district in which the original criminal proceedings were conducted. Therefore, it is hereby **ORDERED** that the captioned action is **TRANSFERRED** to the United States District Court for the District of Massachusetts for further consideration. The Clerk of Court is **DIRECTED** to immediately forward the file to that District.

SO ORDERED this 21st day of January, 2004, at Augusta, Georgia.

W. LEON BARFIELD
UNITED STATES MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA

OFFICE OF THE CLERK
P O BOX 1130
AUGUSTA, GEORGIA 30903

SCOTT L. POFF,
  CLERK

TELEPHONE
(706) 849-4400

January 22, 2004

MAGISTRATE JUDGE

Clerk of United States District Court
District of Massachusetts
1 Courthouse Way
Boston MA 02210

04 10214 JLT

Dear Tony Anastas, Clerk

RE: CV304-003

Enclosed is a case being transferred to the District of Massachusetts. Please acknowledge receipt of this case by stamping Received on the copy of this letter and returning it to my attention at the address above. Thank you for your assistance with this.

SCOTT L. POFF, Clerk
Southern District of Georgia

Cindy Reynolds
Deputy Clerk

```
                                                    CLOSED  SchNc
              U.S. District Court
       Southern District of Georgia (Dublin)      2004 JAN 28  P 12: 23

          CIVIL DOCKET FOR CASE #: 04-CV-3
                                                         Filed: 01/16/04
Ademaj v. United States
Assigned to: Chief Judge Dudley H. Bowen, Jr
         Referred to: Magistrate Judge W. Leon Barfield
                                              Nature of Suit: 530
Demand: $0,000                                Jurisdiction: Federal Question
Lead Docket: None
Dkt# in other court: None

Cause: 28:2241 Petition for Writ of Habeas Corpus (Federal)


FREDI ADEMAJ                      Fredi Ademaj
     petitioner                   REF# 21243-038
                                  [NTC] [PRO SE]
                                  McRae Correctional Facility
                                  1000 Jim Hammock Drive
                                  McRae, GA 31055


      v.


UNITED STATES OF AMERICA
     respondent
```

04 10214 JLT

ATTEST: A TRUE COPY

Jan. 22, 2004

C. Reynolds
Deputy Clerk

Docket as of January 22, 2004 8:43 am                    Page 1

Proceedings include all events.                                          CLOSED !SchNc
3:04cv3 Ademaj v. United States

| Date | # | Entry |
|---|---|---|
| 1/16/04 | 1 | MOTION by Fredi Ademaj to Proceed in Forma Pauperis with brief in support. Nunc pro tunc date January 7, 2004. (cmk) [Entry date 01/16/04] [Edit date 01/16/04] |
| 1/16/04 | 2 | PETITION for writ of habeas corpus; Nunc pro tunc date January 7, 2004 (cmk) [Entry date 01/16/04] [Edit date 01/16/04] |
| 1/16/04 | 3 | MEMORANDUM by Fredi Ademaj in support of [2-1] petition. Nunc pro tunc date January 7, 2004 (cmk) [Entry date 01/16/04] [Edit date 01/16/04] |
| 1/21/04 | 4 | ORDERED that this case be Transferred to the USDC for the District of Massachusetts. The Clerk is directed to immediately forward the file to that District. ( signed by Magistrate Judge W. Leon Barfield ); [EOD Date 1/22/04] copies served. (cmk) [Entry date 01/22/04] |
| 1/21/04 | -- | Case closed (cmk) [Entry date 01/22/04] |

Docket as of January 22, 2004 8:43 am                    Page 2