## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

04-CV-10214

RE: Civil / Criminal No. _____

Title: **FREDDI ADEMAJ v. UNITED STATES OF AMERICA**

### N O T I C E

Please take notice that the above-entitled case previously assigned to

Judge **Tauro** has been transferred to Judge **Young** for all further proceedings.

From this date forward the case number on all pleadings should be followed by the initials

**WGY.**

Thank you for your cooperation in this matter.

> TONY ANASTAS
> CLERK OF COURT
>
> Sherry A. Spencer
> By: _____
> Deputy Clerk

Date: 2/09/04 _____

____ Please NOTE that the above case has been transferred to the Western Division in Springfield. All future filings should be made at the Clerk's Office, Federal Building & Courthouse, 1550 Main Street, Springfield, MA 01103.

____ Please NOTE that the above case has been transferred to the Central Division in Worcester. All future filings should be made at the Clerk's Office, U.S. District Court, Room 502, 595 Main Street, Worcester, MA 01608-2076.

Copies to:   Counsel

(In-House re-assign-recusal.wpd - 12/98)                                                   [ntccsasgn.]