IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Fredi Ademaj
    Petitioner

v.

04-10214-WGY

Case No. 04-1336

United States of America
    Respondent
_____/

## MOTION TO PROCEED IN FORMA PAUPERIES IN THE ABOVE APPEAL

COMES NOW, Petitioner, Fredi Ademaj, acting pro se and respectfully moves this Honorable Court to allow petitioner to proceed in forma pauperise in the instant case. In support thereto, petitioner stated as follows:

Petitioner asserts that he's indigent, has no funds or real property & or income that should enable him to pay for the filing fees for the cost of this case. Petitioner has appealed the case previously in a forma pauperies since he cannot afford the fees. Petitioner enclosed herein an affidavit or otherwise the Institution's account statement that shows the amount of funds on current account which may enable this Court to review and rule accordingly to this motion.

It is therefore respectfully submitted and the Petitioner PRAY that this Honorable Court grant this motion as stated herein.

Respectfully submitted

*Fredi Ademaj* (signature)

Fredi Ademaj
ID# 21243-038
McRae Correction Facility
1000/A Jim Hammock Drive
McRae, GA 31055

FA:ksa
Fl.

ACCTSTMT

## McRae Correctional Facility
### Inmate Account Statement #53
### For Account 1 - From: 10/01/2003 To: 03/22/2004

03/22/2004

*Ademaj, Fredi*

Facility ID: 21243038

Location:

| Type | Trans. Date | Deposit Source | Trans. Nbr | Beg. Balance | Trans. Total | Ending Balance |
|---|---|---|---|---|---|---|
| P | 10/02/2003 |  | 316221 | 1,029.43 | 107.35 | 922.08 |
| R | 10/02/2003 |  | 316533 | 922.08 | -20.00 | 942.08 |
| P | 10/02/2003 |  | 316535 | 942.08 | 20.15 | 921.93 |
| M | 10/07/2003 |  | 318317 | 921.93 | 3.00 | 918.93 |
| M | 10/07/2003 |  | 318325 | 918.93 | 0.30 | 918.63 |
| M | 10/07/2003 |  | 318333 | 918.63 | 0.50 | 918.13 |
| M | 10/07/2003 |  | 318378 | 918.13 | 0.40 | 917.73 |
| M | 10/07/2003 |  | 318544 | 917.73 | 12.98 | 904.75 |
| D | 10/08/2003 | INMATE WAGES | 320321 | 904.75 | 36.54 | 941.29 |
| P | 10/09/2003 |  | 320917 | 941.29 | 65.15 | 876.14 |
| M | 10/15/2003 |  | 324119 | 876.14 | 30.00 | 846.14 |
| P | 10/17/2003 |  | 325178 | 846.14 | 79.15 | 766.99 |
| M | 10/20/2003 |  | 325895 | 766.99 | 10.00 | 756.99 |
| M | 10/24/2003 |  | 327413 | 756.99 | 7.40 | 749.59 |
| P | 10/24/2003 |  | 327495 | 749.59 | 36.80 | 712.79 |
| M | 10/27/2003 |  | 328333 | 712.79 | 0.20 | 712.59 |
| M | 10/29/2003 |  | 329365 | 712.59 | 12.98 | 699.61 |
| M | 11/05/2003 |  | 331657 | 699.61 | 500.00 | 199.61 |
| P | 11/07/2003 |  | 333746 | 199.61 | 132.25 | 67.36 |
| R | 11/07/2003 |  | 334358 | 67.36 | -2.45 | 69.81 |
| D | 11/10/2003 | INMATE WAGES | 335045 | 69.81 | 56.84 | 126.65 |
| M | 11/10/2003 |  | 336015 | 126.65 | 10.00 | 116.65 |
| M | 11/21/2003 |  | 341860 | 116.65 | 12.00 | 104.65 |
| M | 11/21/2003 |  | 341861 | 104.65 | 24.90 | 79.75 |
| D | 12/01/2003 | MAILROOM | 343851 | 79.75 | 300.00 | 379.75 |
| M | 12/01/2003 |  | 344361 | 379.75 | 10.00 | 369.75 |
| P | 12/05/2003 |  | 346364 | 369.75 | 69.35 | 300.40 |
| D | 12/09/2003 | INMATE WAGES | 349499 | 300.40 | 5.25 | 305.65 |
| D | 12/09/2003 | INMATE WAGES | 349500 | 305.65 | 49.88 | 355.53 |
| M | 12/11/2003 |  | 351652 | 355.53 | 50.00 | 305.53 |
| M | 12/12/2003 |  | 352697 | 305.53 | 7.40 | 298.13 |
| P | 12/12/2003 |  | 352801 | 298.13 | 105.50 | 192.63 |
| R | 12/12/2003 |  | 353010 | 192.63 | -7.50 | 200.13 |
| P | 12/12/2003 |  | 353011 | 200.13 | 1.35 | 198.78 |
| P | 12/19/2003 |  | 356485 | 198.78 | 63.10 | 135.68 |
| M | 12/23/2003 |  | 358310 | 135.68 | 10.00 | 125.68 |
| P | 12/26/2003 |  | 359910 | 125.68 | 48.25 | 77.43 |
| D | 12/30/2003 | MAILROOM | 360771 | 77.43 | 500.00 | 577.43 |
| M | 12/30/2003 |  | 360833 | 577.43 | 10.00 | 567.43 |
| M | 01/02/2004 |  | 362080 | 567.43 | 5.00 | 562.43 |
| P | 01/05/2004 |  | 362631 | 562.43 | 62.10 | 500.33 |
| P | 01/05/2004 |  | 363174 | 500.33 | 3.75 | 496.58 |
| P | 01/06/2004 |  | 363342 | 496.58 | 80.85 | 415.73 |
| D | 01/07/2004 | INMATE WAGES | 366212 | 415.73 | 57.13 | 472.86 |
| D | 01/09/2004 | MAILROOM | 368376 | 472.86 | 200.00 | 672.86 |

Page 1

ACCTSTMT

*McRae Correctional Facility*
*Inmate Account Statement #53*
*For Account 1 - From: 10/01/2003 To: 03/22/2004*

03/22/2004

Facility ID: 21243038    *Ademaj, Fredi*

Location:

| Type | Trans. Date | Deposit Source | Trans. Nbr | Beg. Balance | Trans. Total | Ending Balance |
|---|---|---|---|---|---|---|
| P | 01/12/2004 | | 368642 | 672.86 | 53.45 | 619.41 |
| M | 01/12/2004 | | 369339 | 619.41 | 30.00 | 589.41 |
| M | 01/20/2004 | | 373320 | 589.41 | -5.00 | 594.41 |
| M | 01/22/2004 | | 374546 | 594.41 | 5.00 | 589.41 |
| M | 01/22/2004 | | 374578 | 589.41 | 550.00 | 39.41 |
| P | 02/02/2004 | | 378044 | 39.41 | 28.80 | 10.61 |
| M | 02/02/2004 | | 378792 | 10.61 | 10.00 | 0.61 |
| D | 02/10/2004 | INMATE WAGES | 382588 | 0.61 | 39.73 | 40.34 |
| D | 02/10/2004 | INMATE WAGES | 383037 | 40.34 | 5.25 | 45.59 |
| P | 02/17/2004 | | 387934 | 45.59 | 44.95 | 0.64 |
| D | 03/09/2004 | INMATE WAGES | 399846 | 0.64 | 5.25 | 5.89 |
| P | 03/15/2004 | | 403267 | 5.89 | 5.00 | 0.89 |

Beginning Balance For Date Range :         1,029.43
Total Net Transactions For Date Range :   -1,028.54
Calculated Ending Balance For Date Range :    0.89

Total Records Printed :    57

Page 2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FREDI ADEMAJ
Petitioner

v.

UNITED STATES OF AMERICA
Respondent

Appellate Case No.: 04-1336

**PROOF OF SERVICE**

This is to declare or certify that on this 22nd day of March 23, 2004, I enclosed the foregoing documents containing the "Motio to Proceed In Forma Pauperies" along with the financial affidavit, in a sealed prepaid envelope, via first class mail, upon to the United States Attorney, Mr. Theodore B. Heinrich, 1 Courthouse Way, Suite 2900, Boston, MA. 02210

Respectfully submitted,

*Fredi Ademaj*

Fredi Ademaj
ID# 21243-038
McRae Corr. Facility
1000/A Jim Hammock Drive
McRae, GA 31055

Executed on this 22nd day of March 2004.