04-10214
USDC-MA BO
J. Young.

# MANDATE

# United States Court of Appeals
## For the First Circuit

---

No. 04-1336

FREDI ADEMAJ,

Petitioner, Appellant,

v.

UNITED STATES,

Respondent, Appellee.

---

Before

Boudin, <u>Chief Judge</u>,
Lipez and Howard, <u>Circuit Judges</u>.

---

JUDGMENT

Entered: February 17, 2005

Substantially for the reasons given by the district court in its order dated March 5, 2004, that order of dismissal is summarily <u>affirmed.</u> See 1st Cir. R. 27(c).

By the Court:

**Certified and Issued as Mandate under Fed. R. App. P. 41.**

Richard Cushing Donovan, Clerk.

Richard Cushing Donovan, Clerk

MARGARET CARTER

[signature]

By: _____
Deputy Clerk        Chief Deputy Clerk.

Date: 4/11/05

[cc: Dina Michael Chaitowitz, AUSA, Theodore B. Heinrich, AUSA, Fredi Ademaj]